GREEN *et al.* v. STATE *ex rel.* CALDWELL.

No. 2296.  Opinion Filed November 26, 1912.

(128 Pac. 257.)

APPEAL AND ERROR—Dismissal—Failure to File Brief.  Where plaintiff in error fails to comply with rule 7 of this court (20 Okla. viii, 95 Pac. vi), with reference to filing brief, the appeal will be dismissed.

(Syllabus by Rosser, C.)

*Error from District Court, Tulsa County;*
*L. M. Poe, Judge.*

Action by the State, on the relation of Fred S. Caldwell, against Margaret Hagler and others.  From an order granting a temporary injunction, W. B. Green and C. H. Overton bring error.  Dismissed.

*Davidson & Williams,* for plaintiffs in error.

Opinion by ROSSER, C.  The appeal in this case was taken on the 24th of January, 1911.  Plaintiffs in error have filed no brief, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi), and the appeal should therefore be dismissed.

By the Court:  It is so ordered.